# ATTACHMENT A

## Property to Be Searched

The item to be searched is one cellular telephone Verizon (530) 739–8909 belonging to Sophia Ritachka to be seized during the suspect interview of Ritachka on August 26, 2022.

1