# ATTACHMENT B

## Particular Things to be Seized

1. Digital or electronic evidence of a crime in violation of 16 U.S. Code § 470ee (a) to include the following:

    a. Text messages, Email and other correspondence, to include any social media application, together with associated metadata, that reference or pertain to the unauthorized excavation, removal, damage, alteration, or defacement of archaeological resources and the contact information for the recipients of the correspondence;

    b. Photographs, video, or voice recordings, together with associated metadata, depicting the individual or co-conspirators during their trip on the Smith River directly or circumstantially related to the unauthorized excavation, removal, damage, alteration, or defacement of archaeological resources;

    c. GPS data for trips or travel between June 7, 2022, and June 11, 2022;

    d. Information that identifies the user of the smart phone or cell phone.